UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

ANGIELINA MELENDEZ, : 26-cv-4722 (SHS)

Plaintiff, : ORDER

-v- :

ARROW SECURITY and DOES 1-10, inclusive, :

Defendants.

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today via MS Teams, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day to produce initial disclosures is December 4, 2026;

2. The last day for completion of fact and expert discovery is March 5, 2027;

3. Defendants shall file a letter no more than five pages long on or before March 5, 2027, as to why they believe they should be permitted to move for summary judgment;

4. Plaintiff shall file a letter no more than five pages long on or before March 12, 2027, as to why she believes that a motion for summary judgment would be unavailing;

5. There will be a status conference via MS Teams on March 26, 2027, at 11:00 a.m.; and

6. "Arrow Security" in the caption of this action is hereby changed to read "Arrow Security, Inc."

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.